**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed August 29, 2019.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-19-00266-CV**

---

**IN RE ROBERT LEE LASSER, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court No. 2**
**Galveston County, Texas**
**Trial Court Cause No. 16-FD-3264**

---

## MEMORANDUM OPINION

On March 28, 2019, relator Robert Lee Lasser filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Keri Foley, presiding judge of the County Court No. 2 of Galveston County, to vacate a

September 24, 2018 order signed by her predecessor denying relator's motion for judgment nunc pro tunc.

On August 14, 2019, the clerk of this court sent a letter to counsel for relator stating, "On April 4, 2019, our court issued an order abating this case until Judge Foley has reconsidered relator's motion for judgment nunc pro tunc. Please provide this court with a report as to the status of the case and whether relator wants to continue prosecuting his petition for writ of mandamus. Should relator fail to provide such status report by August 23, 2019, this court will proceed to dismiss relator's petition, without prejudice to refiling."

Because relator did not provide such status report, we DISMISS relator's petition for writ of mandamus, without prejudice to refiling.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.